DONALD R. FISCHBACH, ESQ. # 47792
KEITH M. WHITE, ESQ. # 188536
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendant DW Investments, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>vs.<br><br>DW INVESTMENTS, INC., dba WIENERSCHNITZEL # 311, CHRISTINE LOUISE DELAP COX TRUSTEE, OF THE CHRISTINE COX LIVING TRUST,<br><br>                    Defendants. | Case No. 1:10-cv-01966-OWW-SKO<br><br>STIPULATION AND ORDER |

IT IS STIPULATED by and between Plaintiff, RONALD MOORE, and Defendants, D.W. INVESTMENTS, INC. dba WIENERSCHNITZEL # 301 (D.W.), through their respective counsel, that Defendant D.W. shall have, and hereby is granted an extension of time to and including December 7, 2010, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

STIPULATION AND ORDER

Dated: November 30, 2010         DOWLING, AARON & KEELER, INC.


By: /s/Keith M. White
    DONALD R. FISCHBACH
    KEITH M. WHITE
    Attorneys for Defendant DW
    INVESTMENTS, INC.


Dated: November 30, 2010         MOORE LAW FIRM, P.C.


By: /s/Tanya Levinson Moore
    Tanya Levinson Moore
    Attorneys for Plaintiff RONALD MOORE


IT IS SO ORDERED.

   Dated:   **November 30, 2010**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE



2
STIPULATION AND ORDER