1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
                        **UNITED STATES DISTRICT COURT**
9
                        **EASTERN DISTRICT OF CALIFORNIA**
10

11 | RONALD MOORE,                  ) No.  1:10-CV-01966-OWW-SKO
12 |         Plaintiff,             ) **NOTICE OF VOLUNTARY DISMISSAL**
13 |     vs.                        ) **OF CHRISTINE LOUISE DELAP COX,**
                                    ) **TRUSTEE OF THE CHRISTINE COX**
14 | D.W. INVESTMENTS, INC., et al., ) **LIVING TRUST ONLY; ORDER**
15 |         Defendants.            )
16 |                                )
17 |                                )

18

19

20      WHEREAS, Defendant Christine Louise Delap Cox, Trustee of the Christine Cox

21 Living Trust ("Defendant") has not filed an answer or motion for summary judgment;

22      WHEREAS, Plaintiff Ronald Moore ("Plaintiff") and Defendant have settled the matter;

23      WHEREAS, no counterclaim has been filed;

24      Plaintiff hereby respectfully requests that Christine Louise Delap Cox, Trustee of the

25 Christine Cox Living Trust only be dismissed with prejudice from this action pursuant to

26 Federal Rules of Civil Procedure 41(a)(1)(A)(i).

27

28 ///

*Moore v. D.W. Investments, Inc., et al.*
Request for Dismissal
                              Page 1

1  Date: March 31, 2011                              MOORE LAW FIRM, P.C.

3                                                   /s/Tanya E. Moore
4                                                   Tanya E. Moore
                                                    Attorneys for Plaintiff Ronald Moore
5                                                   **ORDER**

6       Good cause appearing,

7       IT IS HEREBY ORDERED that <u>only</u> <u>Christine Louise Delap Cox, Trustee of the</u>

8  <u>Christine Cox Living Trust</u> be dismissed with prejudice from this action.

9       IT IS SO ORDERED.

11 IT IS SO ORDERED.

12     Dated:   **March 31, 2011**                       **/s/ Oliver W. Wanger**
13                                                    UNITED STATES DISTRICT JUDGE

*Moore v. D.W. Investments, Inc., et al.*
Request for Dismissal
                                    Page 2