**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, ) | 1:10-cv-1966 OWW SKO |
| ) | |
| Plaintiff, ) | ORDER SETTING FURTHER |
| ) | SCHEDULING CONFERENCE |
| v. ) | |
| ) | Further Scheduling |
| DW INVESTMENTS, INC., dba ) | Conference: 6/9/11 8:15 |
| WIENERSCHNITZEL #311, CHRISTINE ) | Ctrm. 3 |
| LOUISE DELAP COX TRUSTEE OF THE ) | |
| CHRISTINE COX LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**I.   Date of Scheduling Conference.**

April 6, 2011.

**II.  Appearances Of Counsel.**

Tanya E. Moore, Esq., appeared on behalf of Plaintiff.

Dowling, Aaron & Keeler, Inc. by Keith M. White, Esq., appeared on behalf of Defendant DW Investments, Inc., dba Wienerschnitzel #311.

**III. Status of Case.**

1.   The parties advised that the owner of this facility has leased the premises under a master lease to the corporate entity that serves as a franchisor of Wienerschnitzel Restaurants.  The

1

Defendants DW Investments, Inc., dba Wienerschnitzel #311, is a hold-over tenant under an expired lease now serving month to month.  The best information possessed by that Defendant is that Wienerschnitzel Corporate has a remaining four year term on its master lease from the tenant.

    2.   Based on this information, it is necessary that the complaint be amended to add the leasee, Wienerschnitzel Corporate under the master lease.  The parties shall have thirty (30) days for the filing of an amended complaint and service on the master leasee.  The parties agree that no motion to amend is required. Upon service of the Summons and Amended Complaint on the master leasee, a Further Scheduling Conference shall be held June 9, 2011 at 8:15 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   April 6, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE