K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>D.W. INVESTMENTS, INC. dba WIENERSCHNITZEL #310, et al.,<br><br>    Defendants. | No.  1:10-CV-01966-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants D.W. Investments, Inc. dba Wienerschnitzel #301 and Galardi Group Realty Corp. ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 20, 2011                    MOORE LAW FIRM, P.C.


                                           /s/Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff Ronald Moore

///

*Moore v. D.W. Investment, Inc., et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: December 20, 2011 | DOWLING, AARON & KEELER, INC. |
| | /s/ Keith M. White<br>Keith M. White, Attorneys for Defendant D.W. Investments, Inc., dba Wienerschnitzel # 301 |
| Date: December 20, 2011 | CALL & JENSEN |
| | /s/ Ryan M. McNamara<br>Ryan M. McNamara, Attorneys for Defendant Galardi Group Realty Corp. |

**ORDER**

The parties having so stipulated, the Clerk of the Court is DIRECTED to close this action.   This action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 20, 2011                                    _____

CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. D.W. Investment, Inc., et al.*
Stipulation for Dismissal