K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>D.W. INVESTMENTS, INC. dba<br>WIENERSCHNITZEL #310, et al.,<br><br>    Defendants. | No. 1:10-CV-01966-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendants D.W. Investments, Inc. dba Wienerschnitzel #301 and Galardi Group Realty Corp. ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 20, 2011                           MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff Ronald Moore

///

*Moore v. D.W. Investment, Inc., et al.*
Stipulation for Dismissal

Page 1

Date: December 20, 2011               DOWLING, AARON & KEELER, INC.

/s/ Keith M. White
Keith M. White, Attorneys for
Defendant D.W. Investments, Inc.,
dba Wienerschnitzel # 301


Date: December 20, 2011               CALL & JENSEN


/s/ Ryan M. McNamara
Ryan M. McNamara, Attorneys for
Defendant Galardi Group Realty
Corp.


**ORDER**

The parties having so stipulated, the Clerk of the Court is DIRECTED to close this action.   This action is dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:   December 20, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE